# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157527

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CHARTER TOWNSHIP OF YORK,
      Plaintiff/Counterdefendant-
      Appellant,

v

                                   SC: 157527
                                   COA: 335344

DONALD MILLER, KATHERINE NULL, and     Washtenaw CC: 15-000847-CZ
DAVID MILLER,
      Defendants/Counterplaintiffs-
      Appellees.
_____/

      On order of the Court, the application for leave to appeal the January 18, 2018 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *DeRuiter v Byron Twp* (Docket No. 158311) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 23, 2019



d0116
                                      Clerk